FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 19, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICHARD IBARRA,

Defendant.

No. 1:24-CR-02025-SAB-1

ORDER GRANTING
DEFENDANT'S UNOPPOSED
MOTION TO MODIFY
CONDITIONS OF PRETRIAL
RELEASE

**MOTION GRANTED**
(**ECF No. 31**)

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Pretrial Release, **ECF No. 31.**  Specifically, Defendant wishes to attend the Sun Fair Parade and Central Washington State Fair in Yakima, Washington on June 21, 2024, with his family.  Defendant recites in his motion that U.S. Probation and the United States are not opposed to the motion.

The Court finding good cause, **IT IS ORDERED** Unopposed Motion to Modify Conditions of Pretrial Release, **ECF No. 31,** is **GRANTED**.

Defendant shall be allowed to attend the Sun Fair Parade and Central Washington State Fair in Yakima, Washington on June 21, 2024.  Defendant shall strictly comply with the release plan set forth in Defendant's Motion, **ECF No. 31**, which is incorporated herein by reference.

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED September 19, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2