FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 29, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD IBARRA,<br><br>Defendant. | No. 1:24-cr-02025-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 35** |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release (ECF No. 35). Defendant was represented by court-appointed attorney Andrew Kohlmetz.

Defendant requests that the Court temporarily modify Special Condition No. 10 (ECF No. 23) to allow him to attend family activities on Halloween, October 31, 2024. ECF No. 35. The United States Probation/Pretrial Services Office and the United States Attorney's Office have no objection to Defendant's request. *Id.*

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 35**) is **GRANTED**.

ORDER - 1

2.    Defendant shall be allowed to attend family activities on Halloween, October 31, 2024, as pre-approved by the United States Probation/Pretrial Services Office.

3.    **Special Condition No. 10 (ECF No. 23)** shall be **TEMPORARILY MODIFIED** to allow Defendant to attend family activities on October 31, 2024, as pre-approved by the United States Probation/Pretrial Services Office

4.    All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED October 29, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2