FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 11, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD IBARRA,<br><br>Defendant. | No. 1:24-cr-02025-SAB-1<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 37** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 37). Defendant was represented by court-appointed attorney Andrew Kohlmetz on the Motion.

Defendant requests that the Court modify Special Condition No. 10 to require a curfew instead of home detention. ECF No. 37. The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to Defendant's request. *Id.*

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 37**) is **GRANTED**.

2. **Special Condition No. 10 (ECF No. 23) is MODIFIED** in its entirety to read **as follows:**

ORDER - 1

      **10.**   <u>**Curfew**</u>**: Defendant shall be restricted to the approved residence every day from 8:00 PM to 8:00 AM, except for medical emergencies or as directed by the United States Probation/Pretrial Services Office. The United States Probation/Pretrial Services Office has the authority to approve any modifications to Defendant's curfew as needed for employment.**

      3.   All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 11, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2